**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NASEER ALI-BEY,<br><br>Plaintiff,<br><br>v.<br><br>BPG REAL ESTATE SERVICES, LLC , *et al.*,<br><br>Defendants. | Civil Action No. 25-0848-GBW-SRF |

**ORDER**

At Wilmington, Delaware this 30th day of September 2026:

WHEREAS, on July 9, 2025, Plaintiff Naseer Ali-Bey ("Plaintiff"), initiated the present action by filing the Complaint (D.I. 2) and a Motion for Leave to Proceed *in forma pauperis* (D.I. 1);

WHEREAS, on August 22, 2025, the Court granted Plaintiff's Motion to Proceed *in forma pauperis* (D.I. 13);

WHEREAS, on December 4, 2025, Plaintiff filed an Emergency Motion for Injunction Relief and Protective Order, (D.I. 29);

WHEREAS, on January 5, 2026, Plaintiff filed an Amended Complaint, (D.I. 31);

WHEREAS, on January 20, 2026, Defendants BPG Real Estate Services, LLC, Edward Cuilhe, The Press Apartments Leasing Office ("Defendants"), filed a Motion to Dismiss for Failure to State a Claim in Plaintiff's Amended Complaint, (D.I. 32)

WHEREAS, on March 13, 2026, the Court referred the present action "to Magistrate Judge Sherry R. Fallon to hear and resolve all pretrial matters, up to and including the resolution of case-dispositive motions, subject to 28 U.S.C. § 636(b) and any further Order of the Court," (D.I. 37);

WHEREAS, on September 8, 2026, Judge Fallon issued a Report and Recommendation, wherein Judge Fallon recommended that the Court grant Defendants' Motion to Dismiss with prejudice and dismiss Plaintiff's Motion for Injunctive Relief and a Protective Order as moot, (D.I. 39) ("the Report and Recommendation");

WHEREAS, objections to the Report and Recommendation were due on September 22, 2026, (D.I. 39); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of September 29, 2026, (*see Ali-Bey v. BPG Real Estate Services, LLC et al.*, C.A. No. 25-0848-GBW-SRF); and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (D.I. 39) is **ADOPTED**.
2. Defendant's Motion to Dismiss the First Amended Complaint (D.I. 31) is **GRANTED**.
3. Plaintiff's Amended Complaint (D.I. 31) is **DISMISSED** with prejudice.
4. Plaintiff's Emergency Motion for Injunctive Relief and a Protective Order (D.I. 29) is **DISMISSED-AS-MOOT**.
5. The Clerk of Court is directed to **CLOSE** this case.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE